# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **SYLVESTER WHITEHEAD, SR.,** | }<br>} |
| **Plaintiff,** | }<br>} |
| v. | }<br>}<br>} CASE NO. 7:12-cv-2541-SLB |
| **TRANSUNION,** | }<br>} |
| **Defendant.** | } |

## ORDER

In accordance with the Stipulation of Dismissal With Prejudice, (doc. 11),[1] filed by the parties herein on April 9, 2013, the court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE**.

**DONE** this 10th day of April, 2013.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.